UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00845-MMD-NJK |
| Plaintiff, | |
| vs. | ORDER |
| TREO NORTH AND SOUTH HOMEOWNERS' ASSOCIATION, et al., | (Docket No. 14) |
| Defendants. | |

Pending before the Court is a one-page motion to stay discovery, filed by Defendant Homeowners Association Services. Docket No. 14. The motion fails to identify any legal authorities supporting the requested relief. Instead, the motion rests on the bald assertion that the Court should stay discovery based solely on the fact that a motion to dismiss is pending. *See id.* That argument is foreclosed by the plentiful legal authority in this District making clear that "[t]he Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (quoting *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011)). Accordingly, an insufficient showing has been made that a stay is warranted, and the motion to stay is **DENIED**.

IT IS SO ORDERED.

DATED: May 9, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge