UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>TREO NORTH AND SOUTH HOMEOWNERS' ASSOCIATION, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:16-cv-00845-MMD-NJK<br><br>ORDER |

The Magistrate Judge properly denied Defendant's motion to stay (ECF No. 14) for failure to identify any legal authorities supporting its request to stay discovery. (ECF No. 15.) Defendant tried to cure the deficiencies of its initial motion in seeking reconsideration of the Magistrate Judge's decision. However, Defendant fails to demonstrate that the Magistrate Judge made a clear error in denying its legally deficient motion to stay.[1] Defendant's motion for reconsideration (ECF No. 16) is therefore denied.

DATED THIS 10th day of May 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Magistrate judges are authorized to resolve pretrial matters subject to district court review under a "clearly erroneous or contrary to law" standard. 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a); L.R. IB 3-1(a) ("A district judge may reconsider any pretrial matter referred to a magistrate judge in a civil or criminal case pursuant to LR IB 1-3, where it has been shown that the magistrate judge's ruling is clearly erroneous or contrary to law.").