ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A., successor by merger
to BAC Home Loans Servicing LP f/k/a
Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TREO NORTH AND SOUTH HOMEOWNERS ASSOCIATION, INC; LALA GRIGORYAN; BARGAIN PROPERTIES, LLC; and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-000845-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S JANUARY 5, 2018 ORDER [ECF NO. 82]**<br><br>**(FIRST REQUEST)** |
| BARGAIN PROPERTIES, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; KERSTIN L. DESJARDINS, an individual; and any and all other persons unknown claiming any right, title, estate, lien, or interest in the Property adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10 inclusive);<br><br>Counter-defendants. | |

46015023;1

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), defendants Treo North and South Homeowners Association, Inc. and Lala Grigoryan, and defendant and counterclaimant Bargain Properties, LLC, pursuant to Rule 6(b) and L.R. IA-6-1 and L.R. 26-4, stipulate and move the court for a fourteen-day extension of time to file a status report pursuant to the court's January 5, 2018 order, ECF No. 82:[1]

1. On January 5, 2018, this court stayed this case and denied BANA's motion for partial summary judgment, ECF No. 82, without prejudice pending the Nevada supreme court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 82.) The court directed the parties to file a status report within five days of the Nevada supreme court answering the certified question and ordered all pending motions may be re-filed within thirty days from the decision. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status report is due August 7, 2018 as a result. (ECF No. 82.)

3. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. BANA's counsel, Akerman LLP, is counsel of record for the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

4. This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

---

[1] The court permitted counsel for defendant Homeowner Association Services, Inc. to withdraw on March 17, 2017 and directed it to retain new counsel who shall file a notice of appearance by April 17, 2017. (ECF No. 53.) New counsel has not yet entered an appearance.

2

46015023;1

WHEREFORE, BANA, Treo North and South, Ms. Grigoryan, and Bargain Properties respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's January 5, 2018 order, ECF No. 82, up to, through and including August 21, 2018, and grant such other and further relief as the court deems proper.

| | |
|---|---|
| This the 7th day of August, 2018. | This the 7th day of August, 2018. |
| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
| */s/ Vatana Lay* | */s/ Adam J. Breeden* |
| ARIEL E. STERN, ESQ. | EDWARD D. BOYACK, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 5229 |
| VATANA LAY, ESQ. | ADAM J. BREEDEN, ESQ. |
| Nevada Bar No. 12993 | Nevada Bar No. 8768 |
| 1635 Village Center Circle, Suite 200 | 7432 W. Sahara Avenue, Suite 101 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89117 |
| *Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP* | *Attorneys for defendant Treo North and South Homeowners Association, Inc.* |

This the 7th day of August, 2018.

**GREEN INFUSO, LLP**

*/s/ Michael V. Infuso*
MICHAEL V. INFUSO, ESQ.
Nevada Bar No. 7388
KEVIN W. BARLOW, ESQ.
Nevada Bar No. 12689
SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

*Attorneys for defendant Lala Grigoryan and defendant and counterclaimant Bargain Properties, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: August 8, 2018

3

46015023;1

# CERTIFICATE OF SERVICE

I certify on the 7th day of August, 2018, I filed and served the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S JANUARY 5, 2018 ORDER [ECF NO. 82]** as follows:

<u>*VIA CM/ECF*</u>:

Edward D. Boyack, Esq.
Adam J. Breeden, Esq.
BOYACK ORME & ANTHONY
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for Treo North and South Homeowners' Association, Inc.*

Keith W. Barlow, Esq.
Sean Bair Kirby, Esq.
Michael V. Infuso, Esq.
GREENE INFUSO, LLP
3030 S. Jones Blvd., Suite 101
Las Vegas, Nevada 89146

*Attorneys for Bargain Properties, LLC and Lala Grigoryan*

<u>*VIA U.S. MAIL*</u>

Homeowners Association Services, Inc.
3513 E. Russell Road
Las Vegas, Nevada 89120

*Pro Se*

                                                 */s/ Nick Mangels*
                                                 An employee of AKERMAN LLP