1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  VATANA LAY, ESQ.
   Nevada Bar No. 12993
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email:  ariel.stern@akerman.com
6  Email:  vatana.lay@akerman.com

7  *Attorneys for plaintiff and counter-defendant*
   *Bank of America, N.A., successor by merger*
8  *to BAC Home Loans Servicing LP f/k/a*
   *Countrywide Home Loans Servicing, LP*

9

## UNITED STATES DISTRICT COURT

10

## DISTRICT OF NEVADA

11

12  BANK OF AMERICA, N.A., SUCCESSOR BY
    MERGER TO BAC HOME LOANS
    SERVICING, LP FKA COUNTRYWIDE
13  HOME LOANS SERVICING, LP,

14          Plaintiff,

15  vs.

16  TREO NORTH AND SOUTH HOMEOWNERS
    ASSOCIATION, INC; LALA GRIGORYAN;
    BARGAIN PROPERTIES, LLC; and
17  HOMEOWNER ASSOCIATION SERVICES,
    INC.,

18          Defendants.

19  BARGAIN PROPERTIES, LLC, a Nevada
    limited liability company,
20
            Counterclaimant,
21
    vs.
22
    BANK OF AMERICA, N.A., SUCCESSOR BY
23  MERGER TO BAC HOME LOANS
    SERVICING, LP FKA COUNTRYWIDE
24  HOME LOANS SERVICING, LP; KERSTIN L.
    DESJARDINS, an individual; and any and all
25  other persons unknown claiming any right, title,
    estate, lien, or interest in the Property adverse to
26  Plaintiff's ownership, or any cloud upon
    Plaintiff's title thereto (DOES 1 through 10
27  inclusive);

28          Counter-defendants.

Case No.: 2:16-cv-000845-MMD-NJK

**STIPULATION AND ORDER TO RE-SET
DISPOSITIVE MOTIONS DEADLINE**

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46230461;1

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), defendants Treo North and South Homeowners Association, Inc. and Lala Grigoryan, and defendant and counterclaimant Bargain Properties, LLC, stipulate and request the court set an October 31, 2018 dispositive motions deadline as follows:[1]

1.  On November 22, 2017, this court entered a scheduling order setting a December 29, 2017 discovery cut-off and January 29, 2018 dispositive motions deadline.  (ECF No. 80.)

2.  On January 5, 2018, after discovery closed but before the dispositive motions deadline, this court stayed this case and denied BANA's motion for partial summary judgment, ECF No. 63, without prejudice pending the Nevada supreme court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931 (the **certified question case**).  (ECF No. 82.)  The court ordered all pending motions may be re-filed within thirty days from the decision.  (*Id.*)

3.  The Nevada supreme court issued a ruling in the certified question case on August 2, 2018.  *SFR Invs. Pool 1, LLC*, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018).  The deadline for BANA to re-file its motion for partial summary judgment, ECF No. 63, is September 4, 2018 as a result. BANA intends to file a motion for partial summary judgment, but does not intend to re-file the same motion it previously filed in light of the recent ruling in the certified question case.

///

///

///

//

///

///

---

[1] The court permitted counsel for defendant Homeowner Association Services, Inc. to withdraw on March 17, 2017 and directed it to retain new counsel who shall file a notice of appearance by April 17, 2017.  (ECF No. 53.)  New counsel has not yet entered an appearance.

4.    To allow BANA time to update its briefing, and to allow Treo North and South, Ms. Grigoryan and Bargain Properties time to prepare dispositive motions, BANA, Treo North and South, Ms. Grigoryan and Bargain Properties stipulate the dispositive motions deadline shall be October 31, 2018.

This the 28th day of August, 2018.

**AKERMAN LLP**

*/s/ Vatana Lay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

This the 28th day of August, 2018.

**GREEN INFUSO, LLP**

*/s/ Michael V. Infuso*
MICHAEL V. INFUSO, ESQ.
Nevada Bar No. 7388
KEVIN W. BARLOW, ESQ.
Nevada Bar No. 12689
SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

*Attorneys for defendant Lala Grigoryan and defendant and counterclaimant Bargain Properties, LLC*

This the 28th day of August, 2018.

**BOYACK ORME & ANTHONY**

*/s/ Adam J. Breeden*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
ADAM J. BREEDEN, ESQ.
Nevada Bar No. 8768
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for defendant Treo North and South Homeowners Association, Inc.*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:__August 28, 2018_____

46230461;1