# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

                      Plaintiff,

     v.

TREO NORTH AND SOUTH
HOMEOWNERS' ASSOCIATION, et al.,

                    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00845-MMD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Magistrate Judge's Report and Recommendation (ECF No. 91) is accepted and adopted.

IT IS FURTHER ORDERED AND ADJUDGED that default judgment is hereby entered against Defendant Homeowner Association Services, Inc.

  September 14, 2018                                   DEBRA K. KEMPI
Date                                                              Clerk

                                                                        /s/ L. Haywood
                                                                       Deputy Clerk