1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 VATANA LAY, ESQ.
Nevada Bar No. 12993
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6 Email: vatana.lay@akerman.com

7 *Attorneys for plaintiff and counter-defendant
Bank of America, N.A., successor by merger
8 to BAC Home Loans Servicing LP f/k/a
Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TREO NORTH AND SOUTH HOMEOWNERS ASSOCIATION, INC; LALA GRIGORYAN; BARGAIN PROPERTIES, LLC; and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-000845-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO (1) OPPOSE BANK OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 96]; (2) OPPOSE BARGAIN PROPERTIES AND LALA GRIGORYAN'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 97]; and (3) REPLY TO TREO NORTH AND SOUTH HOMEOWNERS ASSOCIATION, INC.'S OPPOSITION [ECF NO. 98]**<br><br>**[FIRST REQUEST]** |
| BARGAIN PROPERTIES, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; KERSTIN L. DESJARDINS, an individual; and any and all other persons unknown claiming any right, title, estate, lien, or interest in the Property adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10 inclusive);<br><br>Counter-defendants. | |

46997526;1

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), defendants Treo North and South Homeowners Association, Inc. (**HOA**), Lala Grigoryan, and defendant and counterclaimant Bargain Properties, LLC (**Bargain**) respectfully submit the following stipulation to allow Bargain and Ms. Grigoryan 17 additional days to oppose BANA's motion for summary judgment, ECF No. 96, allow BANA 16 additional days to oppose defendant and counterclaimant Bargain Properties, LLC and defendant Lala Grigoryan's motion for summary judgment, ECF No. 97, and allow BANA 31 additional days to respond to reply to Treo North and South's opposition to BANA's motion for partial summary judgment, ECF No. 98.

BANA filed its motion for partial summary judgment on October 30, 2018. (ECF No. 96.) Treo North and South filed its opposition on November 9, 2018. (ECF No. 98.) Bargain and Ms. Grigoryan's oppositions are due November 20, 2018. BANA's deadline to reply to Treo North and South's opposition is November 23, 2018.

Bargain and Ms. Grigoryan filed their motion for summary judgment on October 31, 2018. (ECF No. 97). BANA's deadline to oppose is November 21, 2018.

The parties stipulate Bargain and Ms. Grigoryan shall have up to, through and including **December 7, 2018** to oppose BANA's motion for partial summary judgment, ECF No. 96; BANA shall have until **December 7, 2018** to oppose Bargain and Ms. Grigoryan's motion for summary judgment, ECF No. 97; and BANA shall have until **December 21, 2018** to reply to Treo North and South's and Bargain's oppositions their motions for partial summary judgment, ECF No. 98. The parties make this stipulation to extend the briefing deadlines beyond the Thanksgiving holiday and permit BANA the opportunity to file one reply briefing addressing both Treo North and South's opposition and Bargain and Ms. Grigoryan's to-be-filed opposition.

///
///
///
///
///

2

46997526;1

This stipulation is not made to cause delay or prejudice to any party.

This the 15th day of November, 2018.

**AKERMAN LLP**

 */s/ Vatana Lay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

This the 15th day of November, 2018.

This the 15th day of November, 2018.

**BOYACK ORME & ANTHONY**

 */s/ Colli C. McKiever*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
COLLI C. MCKIEVER, ESQ.
Nevada Bar No. 13724
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for defendant Treo North and South Homeowners Association, Inc.*

**GREENE INFUSO, LLP**

 */s/ Michael V. Infuso*
MICHAEL V. INFUSO, ESQ.
Nevada Bar No. 7388
KEVIN W. BARLOW, ESQ.
Nevada Bar No. 12689
SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

*Attorneys for defendant Lala Grigoryan and defendant and counterclaimant Bargain Properties, LLC*

## **ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: November 19, 2018

46997526;1