ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing LP f/k/a*
*Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> TREO NORTH AND SOUTH HOMEOWNERS ASSOCIATION, INC; LALA GRIGORYAN; BARGAIN PROPERTIES, LLC; and HOMEOWNER ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00845-MMD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES TO REPLY SUPPORTING MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 96 and 97]** <br><br> **(FIRST REQUEST)** |
| BARGAIN PROPERTIES, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; KERSTIN L. DESJARDINS, an individual; and any and all other persons unknown claiming any right, title, estate, lien, or interest in the Property adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10 inclusive); <br><br> Counter-defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

47304313;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), defendants Treo North and South Homeowners Association, Inc. (**HOA**), Lala Grigoryan, and defendant and counterclaimant Bargain Properties, LLC (**Bargain**) respectfully submit the following stipulation to allow BANA, Ms. Grigoryan and Bargain fourteen additional days to reply supporting their motions for summary judgment, ECF Nos. 96 and 97.

BANA filed its motion for partial summary judgment on October 30. (ECF No. 96.) The HOA filed its opposition on November 9. (ECF No. 98.) Ms. Grigoryan and Bargain filed their opposition on December 7. (ECF No. 102.) BANA's deadline to reply to the HOA's opposition is December 21. (ECF No. 100.) BANA's deadline to reply to Ms. Grigoryan and Bargain's opposition is also December 21. *See* L.R. 7-2(d).

Ms. Grigoryan and Bargain filed their motion for summary judgment on October 31. (ECF No. 97.) BANA filed its opposition on December 4. (ECF No. 101.) Ms. Grigoryan and Bargain's deadline to reply to BANA's opposition is December 18. *See* L.R. 7-2(d).

The parties stipulate to extending BANA's deadline to reply to Ms. Grigoryan and Bargain's opposition, ECF No. 102, by fourteen days, from December 21, 2018 to **January 4, 2019**, and Ms. Grigoryan and Bargain's deadline to reply to BANA's opposition, ECF No. 101, by fourteen days, from December 18, 2018 to **January 2, 2019**, to allow the parties additional time to prepare their briefings. BANA's deadline to reply to the HOA's opposition, ECF No. 98, shall remain December 21, 2018. (ECF No. 100.)

///
///
///
///
///
///
///
///

47304313;1

This is the first request to extend BANA's deadline to reply to Ms. Grigoryan and Bargain's opposition and the first request to extend Ms. Grigoryan and Bargain's deadline to reply to BANA's opposition.  This stipulation is not made to cause delay or prejudice to any party.

This the 18th day of December, 2018.

**AKERMAN LLP**

  /s/ Vatana Lay
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

This the 18th day of December, 2018.

**GREENE INFUSO, LLP**

  /s/ Michael V. Infuso
MICHAEL V. INFUSO, ESQ.
Nevada Bar No. 7388
KEVIN W. BARLOW, ESQ.
Nevada Bar No. 12689
SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

*Attorneys for defendant Lala Grigoryan and defendant and counterclaimant Bargain Properties, LLC*

This the 18th day of December, 2018.

**BOYACK ORME & ANTHONY**

  /s/ Colli C. McKiever
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
COLLI C. MCKIEVER, ESQ.
Nevada Bar No. 13724
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for defendant Treo North and South Homeowners Association, Inc.*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:  December 20, 2018

47304313;1

3