1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  WILLIAM S. HABDAS, ESQ.
   Nevada Bar No. 13138
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: william.habdas@akerman.com

7  *Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TREO NORTH AND SOUTH HOMEOWNERS ASSOCIATION, INC; LALA GRIGORYAN; BARGAIN PROPERTIES, LLC; and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00845-MMD-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| BARGAIN PROPERTIES, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; KERSTIN L. DESJARDINS, an individual; and any and all other persons unknown claiming any right, title, estate, lien, or interest in the Property adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10 inclusive);<br><br>Counter-defendants. | |

49468281;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP, hereby provides notice that Thera A. Cooper, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and William S. Habdas, Esq.

DATED this 30th day of July, 2019.

**AKERMAN LLP**

/s/ *William S. Habdas*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: July 31, 2019

UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-00845-MMD-NJK

2

49468281;1